

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00539-CV

Chris **LINGLE**,
Appellant

v.

**SAGE ARCHITECTURE INC.**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-18188
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's final default judgment awarding appellee Sage Architecture, Inc. $418,816.72 in damages and prejudgment and post-judgment interest at a rate of five percent from the date of the default judgment until all amounts due and owing under the default judgment are paid is AFFIRMED. We assess final costs against appellant Chris Lingle.

SIGNED October 22, 2025.

_____
Irene Rios, Justice